FILED'11 JUN 20 11:40USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DONALD EDWARD LARUE JOHNSON JR.,

        Plaintiff,                Civ. No. 10-3126-CL

                                      **ORDER**

   v.

MEDFORD POLICE DEPARTMENT, et al,

        Defendants.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983). I conclude that the report is correct.

1 - OPINION AND ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#23) is adopted. The court grants the motions to dismiss filed by defendants Medford Police Department (#11) and Oz Fitness (#13. Plaintiff's motion to amend (#17) and motion to move case to California (#17) are denied.

IT IS SO ORDERED.

DATED this  20  day of June, 2010.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER